**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
www.flsb.uscourts.gov

In re:                                              CASE NO: 21-19243-BKC-RAM
                                                    CHAPTER 13

**REGINALD RICHARDSON**

_____Debtor. /

### CERTIFICATE OF SERVICE AND
### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

**I HEREBY CERTIFY** that a true and correct copy of the *Objection to Claim of US Department of Education [# 2-1], Filed by Debtor Reginald Alverious Richardson (Melich, Aimee)* (DE#47) and *Notice of Hearing by Filer (Re: [47] Objection to Claim of US Department of Education [# 2-1], Filed by Debtor Reginald Alverious Richardson). Chapter 13 Hearing scheduled for 03/08/2022 at 09:00 AM by Video Conference. (Melich, Aimee)* (DE#48) was electronically sent to the Office of the U.S. Trustee, Nancy Neidich, Chapter 13 trustee as well as the creditor listed below on 2/1/22.

The Honorable Merrick Garland
United States Attorney General
950 Pennsylvania Avenue, N.W., Room 4400
Washington, DC 20530-0001
CM#7011 3500 0000 0273 3730

The Honorable Juan A. Gonzalez
US Attorney S. District of FL
99 E 4th Street
Miami, FL 33132
CM#7001 3500 0000 0273 3747

US Department of Education c/o FedLoan Servicing
PO Box 69184
Harrisburg, PA 17106

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the court set forth in Local Rule 2090-1(A).

Respectfully Submitted,

Law Offices of Daryl L. Jones, P.A.
*Attorney for Debtor*
14707 South Dixie Hwy., Suite 101
Miami, FL 33176
Tel: 305-969-3602
Fax: 305-969-3469
DJones@DLJonesLaw.com
AMelich@DLJonesLaw.com

By: */s/Aimee Melich, Esq.*

☐ Daryl L. Jones, Esq./FBN.: 742589
■ Aimee Melich, Esq./FBN.: 95066